UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NORIEL K. SNIDER, | ) | |
| Movant, | ) | |
| vs. | ) | No. 4:09CV1171 HEA |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Movant's Motion to Vacate, Set Aside or Correct Sentence is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a Certificate of Appealability will not issue.

Dated this 20th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE